

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2021

No. 04-21-00015-CV

Eric **PASANISI** and Tanganyika Wildlife Safari, Ltd.,
Appellants

v.

Mark **VANHAM** and Klineburger Vanham International Hunting Consultants, LLC.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08521
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:    Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

On May 19, 2021, appellees filed a motion to dismiss this appeal, arguing that this court lacks jurisdiction over this appeal because appellants failed to timely file their notice of appeal. The record, however, shows that appellants' notice of appeal was timely filed. The trial court signed a default judgment against appellants on February 7, 2019, but this order was interlocutory because it did not dispose of all the parties and claims in the case. This interlocutory default judgment was made final when the trial court signed a severance order on December 17, 2020. *See In re De La Cerda*, No. 12-12-00149-CV, 2013 WL 451930, at *3 (Tex. App.—Tyler Feb. 6, 2013, orig. proceeding [mand. denied]) ("When ... a plaintiff's petition names multiple defendants, and the plaintiff obtains a no answer default judgment against one or more of the defendants, the default judgment is interlocutory and cannot be appealed until the trial court either renders a final judgment in the case, or signs an order of severance making the interlocutory default judgment final."). Appellants filed their notice of appeal on January 15, 2021, which was within 30 days after the final judgment was signed. Therefore, appellants' notice of appeal was timely filed. *See* TEX. R. APP. P. 26.1.

Appellees' motion to dismiss this appeal is DENIED. Appellee's request for an extension of time to file their brief is GRANTED. Appellees' brief is due on or before **July 16, 2021**.

_____

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2021.

_____

MICHAEL A. CRUZ, Clerk of Court